

*United States Attorney*
*Southern District of New York*

AUG 2 2 2007

CHAMBERS OF
WILLIAM H. PAULEY

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8·2·07_

**By Facsimile**

Honorable William H. Pauley III
United States District Judge
500 Pearl Street, Room 2210
New York, New York 10007

              Re:  <u>United States v. Gregory Youngs</u>,
                   07 Cr. 338 (WHP)

Dear Judge Pauley:

        The Government respectfully submits this letter to
request an adjournment of the pre-trial conference scheduled for
Friday, August 24, 2007, at 2:30 p.m.  Counsel for the defendant
and the Government have agreed to a disposition allowing the
defendant to plead to a misdemeanor.  Your Honor's deputy
referred that plea to the Duty Magistrate Judge.  Therefore, the
parties jointly request an adjournment of the pre-trial
conference until September 12, 2007, at 2:15 p.m.

        If Your Honor does grant an adjournment, then the
Government respectfully requests that the Court exclude time from
August 24, 2007, until September 12, 2007, pursuant to the Speedy
Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).
The ends of justice served by such continuance outweigh the
interest of the public and the defendant in a speedy trial
because the continuance will allow the defendant time to review

*Application Granted.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

8-22-07

Hon. William H. Pauley III
August 22, 2007
Page 2

discovery, and have any appropriate discussions finalizing a
possible disposition of this case. Counsel for the defendant
consents to this request for the exclusion of time.

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                  By: _____
                              Todd Blanche
                              Assistant United States Attorney
                              (212) 637-2494
                              (212) 637-2937 (facsimile)


cc:        John M. Burke, Esq.
           Attorney for Gregory Youngs
           (by facsimile)