UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISDEMEANOR INFORMATION |
| v. | : | S1 07 Cr. 338 (WHP) |
| GREGORY YOUNGS, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

From in or about June 2000, through in or about March 2006, in the Southern District of New York and elsewhere, GREGORY YOUNGS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use, money and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, YOUNGS knowingly converted to his own use money from the United States Department of Housing and Urban Development, to which he was not entitled.

(Title 18, United States Code, Sections 641 and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
AUG 17 2007

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GREGORY YOUNGS,

Defendant.

INFORMATION

S1 07 Cr. 338 (WHP)

(Title 18, United States Code,
Sections 641 and 2.)

MICHAEL J. GARCIA
United States Attorney.